# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

Counts One and Two: 18 U.S.C. § 922(o) – Possession of Machineguns

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Counts One and Two: 10 years' imprisonment, $250,000 fine, 3 years of supervised release, $100 special assessment, forfeiture

## DEFENDANT - U.S

▶ ALAN RENE CAMACHO

DISTRICT COURT NUMBER
4:22-cr-00083 JSW

**FILED**
Mar 02 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ n/a
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   STEPHANIE M. HINDS
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Kyle F. Waldinger

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED

Mar 02 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

ALAN RENE CAMACHO,
a/k/a "Lazy,"

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 922(o) – Possession of a Machinegun;

Maximum Penalties: Counts One and Two: 10 years' imprisonment, $250,000 fine,
3 years of supervised release, $100 special assessment, forfeiture

---

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this  2nd  day of

March 2022 .

Ada Means
Clerk

Hon. Jacqueline Scott Corley

Bail, $ No Bail - Warrant

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

**FILED**

Mar 02 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALAN RENE CAMACHO, <br> a/k/a "Lazy," <br><br> Defendant. | CASE NO. 4:22-cr-00083 JSW <br><br> VIOLATIONS: <br><br> 18 U.S.C. § 922(o) – Possession of a Machinegun; <br> 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

COUNT ONE:          (18 U.S.C. § 922(o) – Possession of a Machinegun)

On or about February 17, 2022, in the Northern District of California, the defendant,

ALAN RENE CAMACHO,
a/k/a "Lazy,"

knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), specifically, a Glock-style pistol that had been modified to fire in full automatic mode through the addition of an auto sear, and knew, and was aware of, the characteristics of that machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

INDICTMENT

COUNT TWO: (18 U.S.C. § 922(o) – Possession of Machineguns)

On or about February 17, 2022, in the Northern District of California, the defendant,

ALAN RENE CAMACHO,
a/k/a "Lazy,"

knowingly possessed two machineguns, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), to wit, two auto sears, and knew, and was aware of, the characteristics of those two machineguns.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

The allegations contained above are re-alleged and incorporated by reference herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

Upon conviction for the offenses alleged in Counts One and Two, the defendant,

ALAN RENE CAMACHO,
a/k/a "Lazy,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to:

  a. one Glock-style pistol that had been modified to fire in full automatic mode through the addition of an auto sear, seized on or about February 17, 2022; and

  b. two auto sears, seized on or about February 17, 2022.

If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT                                       2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: March 2, 2022                                         A TRUE BILL.

                                                             /s/
                                                             _____
                                                             FOREPERSON

STEPHANIE M. HINDS
United States Attorney

_Kyle F. Waldinger_
_____
KYLE F. WALDINGER
Assistant United States Attorney

INDICTMENT                                    3