| | |
|---|---|
| STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney<br><br>THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division<br><br>KYLE F. WALDINGER (CABN 2987652)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6830<br>Fax: (415) 436-7234<br>Email: Kyle.Waldinger@usdoj.gov<br><br>Attorneys for the United States of America | **FILED**<br><br>Mar 02 2022<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAN RENE CAMACHO,<br>  a/k/a "Lazy,"<br><br>  Defendant. | NO.: 4:22-cr-00083 JSW<br><br>MOTION FOR SEALING ORDER |

The United States, by and through its counsel, Assistant United States Attorney KYLE F. WALDINGER, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the Indictment, the arrest warrant, and all attachments in the above-referenced investigation. Disclosure of the specified documents might jeopardize the defendant's arrest. The United States requests that the arrest warrant be unsealed after it has been executed.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its discovery obligations, and with the

/ / /

1  Federal Bureau of Investigation.

3  DATED: March 2, 2022                    Respectfully submitted,

4                                          STEPHANIE M. HINDS
                                           United States Attorney

6  *Kyle F. Waldinger*
   _____
7  KYLE F. WALDINGER
   Assistant United States Attorney