ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE (Civil L.R. 7-11)**<br>AS MODIFIED |

**[PROPOSED] ORDER** AS MODIFIED

The Administrative Motion to Continue the Case Management Conference filed by plaintiffs John Huebner and Irmin Langton ("Plaintiffs") is hereby GRANTED. The Case Management Conference is continued for 90 days, from January 29, 2015 to ~~April 21,~~ March 31 2015. The date by which the parties must file the Case Management Statement is continued from January 20, 2015 to ~~April 14~~ March 24, 2015.

**IT IS SO ORDERED.**

DATED: January 21, 2015

*[signature]*

The Honorable Vince Chhabria
Judge of the U.S. District Court

1

Case No. 3:14-cv-04735-VC
[Proposed] Order Granting Administrative Motion
to Continue Case Management Conference