JODI LINKER
Federal Public Defender
Northern District of California
JEROME E. MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:         Jerome_Matthews@fd.org

Counsel for Defendant Camacho

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN CAMACHO,<br><br>Defendant. | Case No.: CR 22–00083  JSW<br><br>**JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE AND ORDER GRANTING REQUEST AS MODIFIED HEREIN** |

Pursuant to the Court's order of March 30, 2022, Docket # 13, the parties submit the following status conference statement and request for continuance.

The present case charges Mr Camacho with possession of a machinegun and auto sears in violation of 18 U.S.C. § 922(o). Mr Camacho is not in custody.

The government has produced some discovery and anticipates producing additional discovery shortly. Given that defense counsel is early in the process of reviewing discovery and conducting research, the parties request that the Court continue this matter to May 3, 2022, and that the Court exclude time under the Speedy Trial Act for effective preparation of counsel. 18 U.S.C. §

3161(h)(7)(A) and (B)(iv).

Dated: March 31, 2022

STEPHANIE HINDS
United States Attorney

By:    /s/
KYLE WALDINGER
Assistant United States Attorney

Dated:   March 31, 2022

JODI LINKER
Federal Public Defender

  /s/
JEROME E. MATTHEWS
Assistant Federal Public Defender

**ORDER CONTINUING STATUS CONFERENCE**

Good cause appearing therefor, IT IS ORDERED that the status conference presently set for April 5, 2022 be continued to April 26, 2022 at 12:00 p.m. for a telephonic status conference. Per the parties' stipulation, time under the Speedy Trial Act shall be excluded for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The Court is not available on May 3, 2022 or May 10, 2022. If the parties are not available on April 26, 2022, they may submit a stipulation to continue this matter to May 17, 2022 at 12:00 p.m. or thereafter.

The parties shall submit a joint status report one week prior to the next hearing.

Dated: April 1, 2022

HON. JEFFREY S. WHITE
United States District Judge