JODI LINKER
Federal Public Defender
Northern District of California
JEROME E. MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:	(510) 637-3500
Facsimile:	(510) 637-3507
Email:	Jerome_Matthews@fd.org

Counsel for Defendant Camacho

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALAN CAMACHO,<br><br>　　　　Defendant. | Case No.: CR 22–00083  JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

　　　　The Court has set this matter for a status conference on April 26, 2022. That date conflicts with defense counsel's schedule and, pursuant to the Court's order, Docket # 15, the parties STIPULATE and AGREE that this matter be continued to May 17, 2022. For the reasons stated in their joint status conference statement, filed March 31, 2022, the parties also request that the Court exclude time under the Speedy Trial Act for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

| | |
|---|---|
| Dated: April 4, 2022 | STEPHANIE HINDS<br>United States Attorney |
| | By:   S/<br>KYLE WALDINGER<br>Assistant United States Attorney |
| Dated:  April 4, 2022 | |
| | JODI LINKER<br>Federal Public Defender |
| |   S/<br>JEROME E. MATTHEWS<br>Assistant Federal Public Defender |

**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE**

Good cause appearing therefor, IT IS ORDERED that the status conference presently set for April 26, 2022 be continued to May 17, 2022, at 12:00 p.m., and that time under the Speedy Trial Act between April 26, 2022 and May 17, 2022, be excluded for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: April ____, 2022

HON. JEFFREY S. WHITE
United States District Judge

JOINT STATUS REPORT
*CAMACHO*, CR 22–00083 JSW