JODI LINKER
Federal Public Defender
Northern District of California
JEROME E. MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:  Jerome_Matthews@fd.org

Counsel for Defendant Camacho

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 22–00083 JSW |
| Plaintiff, | **JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE** |
| v. | |
| ALAN CAMACHO, | |
| Defendant. | |

    Pursuant to the Court's order of May 10, 2022, Docket # 19, the parties submit the following status conference statement and request for continuance.

    The present case charges Mr Camacho with possession of a machinegun and auto sears in violation of 18 U.S.C. § 922(o). Mr Camacho remains out of custody.

    The government has produced additional discovery and defense counsel continues to review that discovery with Mr Camacho in hopes of reaching an agreed disposition of this case short of trial. The parties therefore request that the Court continue this matter to July 12, 2022, and that the Court exclude time under the Speedy Trial Act for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). If the parties reach a proposed disposition, they will alert the Court and

reset the matter on a date available to the Court.

Dated: June 1, 2022                                STEPHANIE HINDS
                                                   United States Attorney

                                        By:       ____/S/_____
                                                   KYLE WALDINGER
                                                   Assistant United States Attorney

Dated:   June 1, 2022

                                                   JODI LINKER
                                                   Federal Public Defender

                                                   _____/S/_____
                                                   JEROME E. MATTHEWS
                                                   Assistant Federal Public Defender

## [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

Good cause appearing therefor, IT IS ORDERED that the status conference presently set for June 7, 2022 be continued to July 12, 2022, and that time under the Speedy Trial Act be excluded for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties shall file a joint status report or a request to continue the matter for disposition by July ____, 2022.

Dated: June ____, 2022                             _____
                                                   HON. JEFFREY S. WHITE
                                                   United States District Judge