| | |
|---|---|
| 1 | JODI LINKER |
| | Federal Public Defender |
| 2 | Northern District of California |
| | JEROME E. MATTHEWS |
| 3 | Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N |
| | 1301 Clay Street |
| 5 | Oakland, CA 94612 |
| | Telephone: (510) 637-3500 |
| 6 | Facsimile: (510) 637-3507 |
| | Email: Jerome_Matthews@fd.org |
| 7 | |
| 8 | Counsel for Defendant Camacho |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 22–00083 JSW |
| Plaintiff, | ORDER GRANTING AS MODIFIED **JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE** |
| v. | |
| ALAN CAMACHO, | |
| Defendant. | |

    Pursuant to the Court's order of May 10, 2022, Docket # 19, the parties submit the following status conference statement and request for continuance.

    The present case charges Mr Camacho with possession of a machinegun and auto sears in violation of 18 U.S.C. § 922(o). Mr Camacho remains out of custody.

    The government has produced additional discovery and defense counsel continues to review that discovery with Mr Camacho in hopes of reaching an agreed disposition of this case short of trial. The parties therefore request that the Court continue this matter to July 12, 2022, and that the Court exclude time under the Speedy Trial Act for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). If the parties reach a proposed disposition, they will alert the Court and

reset the matter on a date available to the Court.

Dated: June 1, 2022                                        STEPHANIE HINDS
                                                           United States Attorney


                                                   By:     ____/S/_____
                                                           KYLE WALDINGER
                                                           Assistant United States Attorney


Dated:   June 1, 2022

                                                           JODI LINKER
                                                           Federal Public Defender


                                                           ____/S/_____
                                                           JEROME E. MATTHEWS
                                                           Assistant Federal Public Defender


### ~~[PROPOSED]~~ ORDER CONTINUING STATUS CONFERENCE

Good cause appearing therefor, IT IS ORDERED that the status conference presently set for June 7, 2022 be continued to July 12, 2022, and that time under the Speedy Trial Act be excluded for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties shall file a joint status report or a request to continue the matter for disposition by July __5__, 2022.

In addition, if the parties seek an additional continuance based on a review of discovery, the Court will require them to provide more information regarding the issues involved.

Dated: June __1__, 2022                                    _____/s/ Jeffrey S. White_____
                                                           HON. JEFFREY S. WHITE
                                                           United States District Judge