**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking				General Court Number
Clerk							415.522.2000

June 3, 2015

RE:  CV 14-04735 VC		HUEBNER-v- RADARIS, LLC ET AL

Default is entered as to Radaris America, Inc. on June 3, 2015.


				RICHARD W. WIEKING, Clerk

				*[signature]*

				by Felicia Reloba
				Case Systems Administrator

NDC TR-4  Rev. 3/89