1  ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
   anthony@counselonegroup.com
2  JUSTIN KACHADOORIAN, Cal. Bar No. 260356
   justin@counselonegroup.com
3  COUNSELONE, P.C.
   9301 Wilshire Boulevard, Suite 650
4  Beverly Hills, California 90210
   Telephone: (310) 277-9945
5  Facsimile: (424) 277-3727

6  Attorneys for Plaintiffs JOHN HUEBNER and IRMIN
   LANGTON, on behalf of themselves and others similarly
7  situated

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | JOHN HUEBNER and IRMIN LANGTON, | Case No. 3:14-cv-04735-VC
   | on behalf of themselves and others similarly |
13 | situated, | [Assigned to the Honorable Vince Chhabria]
   | |
14 | Plaintiffs, | **CLASS ACTION**
   | |
15 | v. | **ADMINISTRATIVE MOTION TO**
   | | **CONTINUE CASE MANAGEMENT**
16 | RADARIS, LLC, a Massachusetts limited | **CONFERENCE (Civil L.R. 7-11)**
   | liability company; RADARIS AMERICA, |
17 | INC., a Delaware corporation; and EDGAR |
   | LOPIN, an individual, |
18 | |
   | Defendants. |
19

20

21

22

23

24

25

26

27

28

## I. INTRODUCTION

By this Motion, plaintiffs John Huebner and Irmin Langton (together, "Plaintiffs") respectfully request that the Court continue the Case Management Conference currently scheduled for August 4, 2015 at 11:00 a.m. by at least thirty (30) days to allow Plaintiffs to file a renewed motion for alternative service on the unserved defendants.

## II. BACKGROUND AND ARGUMENT

Plaintiffs' Complaint names three defendants: Radaris America, Inc., Radaris, LLC, and Edgar Lopin—two related companies and their principal.

Plaintiffs have served Radaris America, Inc., but it failed to file a responsive pleading, and on June 3, 2015, the clerk entered its default. [Dkt. No. 22.]

Plaintiffs have engaged in diligent efforts to serve the other two named defendants, Radaris, LLC and Edgar Lopin, by all appropriate means, as described in Plaintiffs' Motion for Service by Alternative Means, previously filed herein. [Dkt. No. 19.] The Court denied that motion without prejudice. [Dkt. No. 24.]

Since then Plaintiffs have directed their process servers to make additional efforts to located and serve these defendants and/or have obtained detailed non-service reports documenting the repeated attempts to serve these defendants. (*See* Orshansky Decl., Exh. 1.) Plaintiffs plan on filing an amended motion for service by publication within the next 30 days.

Once the remaining two defendants have been served, and to the extent that they fail to respond to the Complaint, Plaintiffs will then move the Court for a default judgment against all defendants collectively.

Consequently, it would best serve the interests of judicial efficiency and economy to continue the Case Management Conference (CMC) in this action. Plaintiffs respectfully request that the Court continue the Case Management Conference currently scheduled for August 4, 2015 at 11:00 a.m. by at least thirty (30) days to a date that is convenient for the Court.

The new CMC date would be for tracking purposes only and would be vacated as soon as Plaintiffs file their renewed motion for alternative service.

**III.     CONCLUSION**

The Case Management Conference currently set for August 4, 2015 at 11:00 a.m. should be continued by at least thirty (30) days to a date that is convenient for the Court.

Respectfully submitted,

DATED:     July 28, 2015                    COUNSELONE, PC


By     */s/ Anthony J. Orshansky*
       Anthony J. Orshansky
       Justin Kachadoorian
       Attorneys for Plaintiffs and the Putative Class