Anthony J. Orshansky, SBN 199364
anthony@counselonegroup.com
Alexandria R. Kachadoorian, SBN 240601
alexandria@counselonegroup.com
Justin Kachadoorian, SBN 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

JOHN HUEBNER and IRMIN LANGTON,
on behalf of themselves and others similarly situated,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated, | CASE NO. 3:14-CV-04735-VC |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual, | |
| Defendants. | |

**PROOF OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action.  My business address is 9301 Wilshire Blvd., Suite 650, Beverly Hills, CA 90210.

  On July 28, 2015, I served the following document(s) described as:

**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE (Civil L.R. 7-11)**

**DECLARATION OF ANTHONY J. ORSHANSKY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE (Civil L.R. 7-11)**

**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

  on the persons below as follows:

| | |
|---|---|
| Radaris America, Inc.<br>Radaris, LLC<br>Edgar Lopin<br>108 West 13th Street<br>Wilmington, DE 19801 | Radaris America, Inc.<br>Radaris, LLC<br>Edgar Lopin<br>34 Washington St., Suite 201<br>Wellesley Hills, MA 02481 |

Radaris America, Inc.
Radaris, LLC
Edgar Lopin
1853 Commonwealth Ave.
Brighton, MA 02135

  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

  I am employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Beverly Hills, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury

under the laws of the United States of America that the above is true and correct.

Executed on July 28, 2015, at Beverly Hills, California.

Amy Bliss
Type Name                                                    Signature