JODI LINKER
Federal Public Defender
Northern District of California
JEROME E. MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:     (510) 637-3507
Email:           Jerome_Matthews@fd.org

Counsel for Defendant Camacho

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN CAMACHO,<br><br>Defendant. | **Case No.:** CR 22–00083  JSW<br>ORDER GRANTING<br>**JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE**<br>AND REQUIRING FURTHER JOINT STATUS REPORT |

    Pursuant to the Court's order of June 1, 2022, Docket # 21, the parties submit the following status conference statement and request for continuance.

    The present case charges Mr Camacho with possession of a machinegun and auto sears in violation of 18 U.S.C. § 922(o). He was released from custody following a bond hearing.

    On June 10, 2022, Mr Camacho was arrested by Fremont Police Department officers on a firearms related offense. He presently is in custody at Santa Rita Jail. The parties are informed that this matter still is being investigated, though no charges have yet been filed.

    The government has produced discovery relating to this incident, and defense counsel is conducting review and investigation.

JOINT STATUS REPORT
*CAMACHO*, CR 22–00083  JSW

Defense counsel also is performing research to determine the impact of the Supreme Court's recent decision in *New York State Rifle & Pistol Association v. Bruen*, __ U.S. ___, No. 20-843, *slip op.* (2022), given that Mr Camacho does not have a prior felony conviction and may be within the class of persons that the Second Amendment shields from prosecution.

Additionally, defense counsel will be in trial in San Francisco before District Judge Chen and will be unable to devote substantial attention to this case. Jury selection begins on July 14, 2022, and the parties estimate the trial will conclude sometime during the week of August 1, 2022. Defense counsel then will be out of the state until the end of August. The parties therefore request that the Court continue this matter to September 6, 2022, and that the Court exclude time under the Speedy Trial Act for effective preparation and continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Should the Court feel that a phone conference is necessary, Mr Camacho has authorized defense counsel to waive his appearance. If the parties reach a proposed disposition, they will alert the Court and reset the matter on a date available to the Court.

Dated: July 5, 2022

STEPHANIE HINDS
United States Attorney

By:    /S/
KYLE WALDINGER
Assistant United States Attorney

Dated:   July 5, 2022

JODI LINKER
Federal Public Defender

   /S/
JEROME E. MATTHEWS
Assistant Federal Public Defender

JOINT STATUS REPORT
*CAMACHO*, CR 22–00083 JSW

2

## [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

Good cause appearing therefor, IT IS ORDERED that the status conference presently set for July 12, 2022 be continued to September 6, 2022 at 12:00 p.m., and that time under the Speedy Trial Act be excluded for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties shall file a joint status report or a request to continue the matter for disposition by August 30, 2022.

Dated: July 5, 2022

_____
HON. JEFFREY S. WHITE
United States District Judge

JOINT STATUS REPORT
*CAMACHO*, CR 22–00083 JSW