JODI LINKER
Federal Public Defender
Northern District of California
JEROME E. MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:   (510) 637-3507
Email:         Jerome_Matthews@fd.org

Counsel for Defendant Camacho

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 22–00083  JSW |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT AND REQUEST TO SET MATTER FOR HEARING ON MOTION TO DISMISS** |
| v. | |
| ALAN CAMACHO, | |
| Defendant. | |

    Pursuant to the Court's order of July 5, 2022, Docket # 28, the parties submit the following status conference statement and request for to set the matter for a motions hearing.

    The present case charges Mr Camacho with possession of a machinegun and auto sears in violation of 18 U.S.C. § 922(o). He was released from custody following a bond hearing.

    On June 10, 2022, Mr Camacho was arrested by Fremont Police Department officers on a firearms related offense. He presently is in custody at Santa Rita Jail. The parties are informed that this matter still is being investigated, though no charges have yet been filed.

    The government is preparing to produce additional discovery under a proposed protective order.

Defense counsel is prepared to file a motion to dismiss based largely upon the Supreme Court's recent decision in *New York State Rifle & Pistol Association v. Bruen*, __ U.S. ___, No. 20-843, *slip op.* (2022). The parties proposed the following briefing schedule:

Opening Brief filed by September 13, 2022.

Government's Opposition Brief filed by September 27, 2022.

Defendant's Reply Brief filed by October 4, 2022.

Motion Hearing on October 25, 2022.

At this time defense counsel does not believe that the motion will require an evidentiary hearing.

The parties therefore request that the Court continue this matter to October 25, 2022, for hearing on a motion to dismiss, and that the Court exclude time under the Speedy Trial Act for effective preparation as well as the filing of the motion. 18 U.S.C. § 3161(h)(1)(A), (h)(7)(A) and (B)(iv).

Dated: August 29, 2022                                    STEPHANIE HINDS
                                                          United States Attorney

                                                By:       /s/ Kyle Waldinger
                                                          KYLE WALDINGER
                                                          Assistant United States Attorney

Dated:   August 29, 2022

                                                          JODI LINKER
                                                          Federal Public Defender

                                                          /s/ Jerome E. Matthews
                                                          JEROME E. MATTHEWS
                                                          Assistant Federal Public Defender

## [PROPOSED] ORDER SETTING MATTER FOR HEARING

Good cause appearing therefor, IT IS ORDERED that this matter be continued to October 25, 2022, at 9:30 a.m. for hearing on defendant's Motion to Dismiss, and that time under the Speedy Trial Act be excluded for effective preparation and continuity of counsel, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), as well as the filing of the motion. 18 U.S.C. § 3161(h)(1)(A). The parties shall file their briefing according to the following schedule:

Defendant's Opening Brief shall be filed by September 13, 2022.

Government's Opposition Brief shall be filed by September 27, 2022.

Defendant's Reply Brief, if any, shall be filed by October 4, 2022.

Dated: August ____, 2022

_____
HON. JEFFREY S. WHITE
United States District Judge