```
1   JODI LINKER
    Federal Public Defender
2   Northern District of California
    JEROME E. MATTHEWS
3   Assistant Federal Public Defender
    13th Floor Federal Building - Suite 1350N
4   1301 Clay Street
    Oakland, CA 94612
5   Telephone:  (510) 637-3500
    Facsimile:  (510) 637-3507
6   Email:      Jerome_Matthews@fd.org
7
8   Counsel for Defendant Camacho
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN CAMACHO,<br><br>Defendant. | Case No.: CR 22–00083 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING MOTIONS HEARING DATE AND SETTING THE MATTER FOR JOINT CHANGE OF PLEA AND SENTENCING HEARING** |

    This matter presently is set for motions hearing on October 25, 2022. The parties are finalizing the terms of a revised plea offer, and anticipate that this matter will resolve without the need for a motions hearing. The parties have consulted with the Court's deputy clerk regarding availability, and in light of the foregoing STIPULATE and AGREE that the October 25, 2022 hearing date be vacated and the matter be continued to December 6, 2022 for a joint plea and sentencing hearing. Given the need for further investigation, review of recently produced discovery, and preparation for sentencing, the parties also request that the Court exclude time under the Speedy Trial Act from the date of this

1 | stipulation (September 14, 2022) to December 6, 2022 for effective preparation of counsel. 18 U.S.C.
2 | § 3161(h)(7)(A) and (B)(iv).

Dated: September 14, 2022      STEPHANIE HINDS
United States Attorney

By:    /s/ Kyle Waldinger
KYLE WALDINGER
Assistant United States Attorney

Dated: September 14, 2022

JODI LINKER
Federal Public Defender

/s/ Jerome E. Matthews
JEROME E. MATTHEWS
Assistant Federal Public Defender

**[PROPOSED] ORDER SETTING MATTER FOR COMBINED CHANGE OF PLEA AND SENTENCING HEARING**

Good cause appearing therefor, IT IS ORDERED that the October 25, 2022 motions hearing date is VACATED and the matter is continued to December 6, 2022 at 9:30 a.m. for a combined plea and sentencing hearing. Time under the Speedy Trial Act between September 14, 2022 and December 6, 2022 is excluded for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties shall submit the proposed plea agreement to jswcrd@cand.uscourts.gov and jswpo@cand.uscourts.gov no later than 9:00 a.m. on Friday, December 2, 2022.

Dated: September \_\_\_\_, 2022

_____
HON. JEFFREY S. WHITE
United States District Judge