1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   JEROME E. MATTHEWS
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:  (510) 637-3500
   Facsimile:  (510) 637-3507
6  Email:      Jerome_Matthews@fd.org

7

8  Counsel for Defendant Camacho

9

10                     IN THE UNITED STATES DISTRICT COURT

11                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                               OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,              Case No.: CR 22–00083  JSW

15           Plaintiff,                    STIPULATION AND [PROPOSED]
                                           ORDER VACATING MOTIONS
16       v.                                HEARING DATE AND SETTING THE
                                           MATTER FOR JOINT CHANGE OF
17  ALAN CAMACHO,                          PLEA AND SENTENCING HEARING

18           Defendant.

19

20

21

22       This matter presently is set for motions hearing on October 25, 2022. The parties are finalizing

23  the terms of a revised plea offer, and anticipate that this matter will resolve without the need for a

24  motions hearing. The parties have consulted with the Court's deputy clerk regarding availability, and

25  in light of the foregoing STIPULATE and AGREE that the October 25, 2022 hearing date be vacated

26  and the matter be continued to December 6, 2022 for a joint plea and sentencing hearing. Given the

27  need for further investigation, review of recently produced discovery, and preparation for sentencing,

28  the parties also request that the Court exclude time under the Speedy Trial Act from the date of this

STIP AND ORD RE HEARING
*CAMACHO*, CR 22–00083  JSW

                                        1

1  stipulation (September 14, 2022) to December 6, 2022 for effective preparation of counsel. 18 U.S.C.
2  § 3161(h)(7)(A) and (B)(iv).
3
4       Dated: September 14, 2022                STEPHANIE HINDS
                                                 United States Attorney
5
6                                          By:   /s/ Kyle Waldinger
                                                 KYLE WALDINGER
7                                                Assistant United States Attorney
8
9       Dated:   September 14, 2022
10                                               JODI LINKER
                                                 Federal Public Defender
11
12                                               /s/ Jerome E. Matthews
                                                 JEROME E. MATTHEWS
13                                               Assistant Federal Public Defender
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER SETTING MATTER FOR COMBINED CHANGE OF PLEA AND SENTENCING HEARING

Good cause appearing therefor, IT IS ORDERED that the October 25, 2022 motions hearing date is VACATED and the matter is continued to December 6, 2022 at 9:30 a.m. for a combined plea and sentencing hearing. Time under the Speedy Trial Act between September 14, 2022 and December 6, 2022 is excluded for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties shall submit the proposed plea agreement to jswcrd@cand.uscourts.gov and jswpo@cand.uscourts.gov no later than 9:00 a.m. on Friday, December 2, 2022.

Dated: September __14__, 2022

_____
HON. JEFFREY S. WHITE
United States District Judge

STIP AND ORD RE HEARING
*CAMACHO*, CR 22–00083 JSW

3