1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   JEROME MATTHEWS
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:  (510) 637-3500
   Facsimile:  (510) 637-3507
6  Email:      Jerome_Matthews@fd.org

7

8  Counsel for Defendant CamacHo

9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALAN CAMACHO,<br><br>          Defendant. | **Case No.:** CR 22–00083 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PLEA AND SENTENCING HEARING**<br><br>**Court:**         Courtroom 5, 2nd Floor<br>**Hearing Date:** December 6, 2022<br>**Hearing Time:** 9:30 a.m. |

   This matter is presently set for a joint change of plea and sentencing hearing on December 6, 2022. There has been a recent increase in COVID cases at Santa Rita jail, and on November 23, 2022, defense counsel's scheduled Zoom visit with Mr Camacho was canceled due to Mr Camacho being placed in quarantine. It is unknown when Mr Camacho will be released from quarantine, but the quarantine period typically lasts from 10 to 14 days, which places Mr Camacho out of contact with defense counsel and calls into question whether he can appear in Court on December 6, 2022.

   For these reasons, and to permit defense counsel sufficient time to consult with Mr Camacho and coordinate several plans to support his sentencing request, IT IS STIPULATED AND AGREED

1  that this matter be continued to January 10, 2023, for a joint change of plea and sentencing hearing.
2  The probation officer has confirmed that he will be available on that date.
3
4                                            IT IS SO STIPULATED.
5
6  Dated:    November 28, 2022
7                                            JODI LINKER
                                             Federal Public Defender
8                                            Northern District of California
9                                                    /S
                                             JEROME MATTHEWS
10                                           Assistant Federal Public Defender
11
12 Dated:    November 28, 2022
13                                           STEPHANIE M. HINDS
                                             United States Attorney
14                                           Northern District of California
15                                                   /S
                                             KYLE WALDINGER
16                                           Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALAN CAMACHO,<br><br>　　　　Defendant. | Case No.: CR 22–00083 JSW<br><br>**[PROPOSED] ORDER CONTINUING PLEA AND SENTENCING HEARING**<br><br>**Court:**　　Courtroom 5, 2nd Floor |

Good cause appearing therefore, IT IS ORDERED that this matter be continued to January 10, 2023, for a joint change of plea and sentencing hearing at 9:30 a.m. The parties shall submit the proposed plea agreement to jswcrd@cand.uscourts.gov and jswpo@cand.uscourts.gov no later than 9:00 a.m. on Friday, January 6, 2023.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　United States District Judge