IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN CAMACHO,<br><br>Defendant. | Case No.: CR 22–00083 JSW<br><br>[PROPOSED] ORDER CONTINUING PLEA AND SENTENCING HEARING<br>AS MODIFIED HEREIN<br>Court:       Courtroom 5, 2nd Floor |

Good cause appearing therefore, IT IS ORDERED that this matter be continued to January 10, 2023, for a joint change of plea and sentencing hearing at 9:30 a.m. The parties shall submit the proposed plea agreement to jswcrd@cand.uscourts.gov and jswpo@cand.uscourts.gov no later than 9:00 a.m. on Friday, January 6, 2023. The parties shall file their sentencing memoranda no later than January 3, 2023.

IT IS SO ORDERED.

Dated:   December 5, 2022

_____
HON. JEFFREY S. WHITE
United States District Judge

cc: USPO Brian Casai (by email)