# Exhibit 3

US-FPD-000020

US-FPD-000020

Note: _____ Date: 5.6.22

Tired, exhausted today. 4am to 7pm
Fedex. Box after Box.

I'm working towards freedom.

They cant keep me down.

58 days Sober, its moms birthday.

I slept for hours after I got
home but I took Mom and Dad
out to chills, I paid it all.
I felt good. I love them so
much. I'm still depressed, and
angry, ~~the~~ tired everyday.

Bot I wont stop exercising
my god given right to freedom."

Fuck the FBi, Fuck the
Federal Government, Fuck them
all. They cant keep a god
fearing pure freedom loving
mexican American down.

I will win, I will beat them.
I wont stop until they kill
me on my feet.

This is 5th Generation warfare.

US-FPD-000021

Note:                                                          Date: 5/7/22

The Federal government doesnt serve the people of the united states. It serves the global (banking) cartel.

They dont care about I mean sacks as myself. They walk all over the constitution and openly infringe on it. Fully automatic firearms, parts, etc. are all protected under the 2nd Amendment and by God.

Theyre scared of men like me. Thats why theyre desprate to disarm us. They want a complete monopoly on violence.

I want let them strip my of my god given rights to keep and bear arms and to self defense.

Everyday it becomes more clear to me that Im going to die in a shoot out with the federal government. Im okay with that.

I never hurt anyone. I kept to myself. All I wanted was to prepare for self defense, and be left alone. They started this fight, not me.

---

Note:                                                          Date:  /   /

I hate the Federal Government, my State Government, and most police. The broke their oath, the excuse "Im just doing mah job" is pathetic and shameful.

Fuck you all you disgusting power hungry pedophiles.

I love my country, I'll continue to fight for absolute freedom. Live and let live. Peace.

They call us names in order to discredit, defame, and villonize us. Theyre tricking the public to be complacent and rely on youcannot "protection"

But in reality theyre scared of men like us.

Men capable of excessive violence in order to presence freedom and liberty in order to preserve freedom and liberty.

Were not extremists, racists, white nationalists, etc. all right, for rights, their were Americans whose reached limit.