JODI LINKER
Federal Public Defender
Northern District of California
JEROME E. MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: jerome_matthews@fd.org
Email: dominique_fenton@fd.org

Counsel for Defendant Camacho

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. ALAN CAMACHO, Defendant. | Case No.: 22–083 JSW<br><br>**DECLARATION OF ASSISTANT FEDERAL PUBLIC DEFENDER JEROME E MATTHEWS**<br><br>**Court:** Courtroom 5<br>**Hearing Date:** January 10, 2023<br>**Hearing Time:** 9:30 a.m. |
|---|---|

I, Jerome Matthews, declare:

1. I am an Assistant Federal Public Defender and I am counsel of record for Alan Camacho in this case. I have personal knowledge of the facts stated in this declaration and would testify competently to those facts if called as a witness.

2. On October 20 and 21, 2022, Dr Scott Lines conducted a psychological evaluation of Mr Camacho. A copy is attached as Exhibit A. For the reasons stated in the concurrently filed Application for Sealing Order, I request that the evaluation be filed under seal.

3. During the course of my representation, I received a number of support letters attesting to Mr

1 | Camacho's character. They are collectively attached as Exhibit B.

4. On January 3, 2023, I received a letter confirming approval of Mr Camacho's application to the Salvation Army Adult Rehabilitation Center in San Jose, CA. A copy is attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 3rd day of January, 2023, at Oakland, California.

                                                                                        /S/
JEROME E MATTHEWS
Assistant Federal Public Defender

# EXHIBIT A – FILED UNDER SEAL

**EXHIBITS IN SUPPORT OF ALAN CAMACHO'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE; MOTION TO STRIKE EXHIBIT 3 TO GOVERNMENT SENTENCING MEMORANDUM**

# EXHIBIT B

**EXHIBITS IN SUPPORT OF ALAN CAMACHO'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE; MOTION TO STRIKE EXHIBIT 3 TO GOVERNMENT SENTENCING MEMORANDUM**

Your Honor:

      Hello, I am writing this letter and reaching out to you in support of Alan Camacho. I have come to know that he has pleaded guilty for a firearms crime. Despite that, I write this letter in hopes of shinning a light on Alan's good qualities as a family-oriented person, friend, and human being. I've known Alan since 2014, and all that time, I have only known him as a caring, fun-loving person who could always be counted on when you needed someone to talk to. One of Alan's most significant traits is his ability to notice when something was wrong with somebody and then ask them at a later time if everything was okay. He always did this out of consideration for others, as he never wanted them to be put on the spot in front of the group. He would always wait until everyone was home, make sure everyone made it back okay, then reach out individually and ask if something was off. He has always been uniquely perceptive of other's hardships.  Because of these qualities, Alan has become someone who his friends can always reach out to and ask for advice when they are down, or something is bothering them. In return, we would always do the same for him. Because of this, Alan has been able to form long-lasting friendships with many people, in which he's a core member of each group. Anybody who knows Alan would say that he's always been a family 1st kind of person. He lovingly cares for his mom and younger sisters. If something was going on with his mom or sisters, any other plans he had would be instantly dropped and he'd give his full-hearted attention to his family. He's an emotional support pillar for them just as much as he is for many of his friends. He lovingly cares for his dog Whiskey, who he treats like a son…which is actually a running joke between his friends. Alan is empathetic and always willing to lend a hand to total strangers, quickly striking up conversations with them, making them feel safe, and helping them out wherever he can.

      I am not writing this letter to you to ask for leniency in any way. While I love Alan, I am of mind that if he committed a crime, he has to answer for it. I do, however, ask that you consider the good aspects of Alan that I have mentioned here before making your judgement. I hope that you will weigh the great qualities noted here against the severity of his crimes and make a just decision.

Thank you so much for taking the time to read this letter.

                                                                               Best Regards,

                                                                               Christian Garcia

Your Honor:

I know Alan Camacho plead guilty to a firearms crime. However, in spite of that, I support him and would like to tell you about him. Alan is 6 months younger than me so I have always viewed him more as a little brother rather than a cousin. I have very fond memories of us playing together and experiencing teenage hood and then adulthood together. I would describe Alan as someone who is intelligent and kind and even with the many challenges he has faced, I admire his constant strength to try better.

Approximately two years ago, my little sister passed away in a car accident. It was a very devastating time for my family and the loved ones of my sister including Alan and his family. Even though Alan was grieving the loss of my sister too, someone who he grew up with and cared about, he stayed strong and provided immense emotional support to my family and I. Alan was also dealing with his own separate challenges but was still there for us in our time of need which I believe highlights just one of the many examples of Alan's good qualities.

I hope Alan is able to receive the help he needs. I acknowledge that Alan committed a serious crime, but please also keep in mind his good qualities when imposing the sentence. I appreciate you taking the time to read this letter. Thank you so much.


Sincerely,


Neelem A. Hayat

Your Honor:

As Alan's mother, I know many will expect me to say only good things about my son but that is not the case. Before I describe his good qualities, I do want to acknowledge that he committed and plead guilty to a serious crime. I also know that Alan has a problem that needs to be treated which is his alcoholism.

I remember one of the first things Alan become passionate about was joining the military as a way to protect not only our country but to show his patriotism for the United States and the values our American flag represents. As his interest grew, he would research not only the requirements needed to enter the military but also the typical routine and lifestyle of someone in the military. This is also where Alan's interest in firearms started and when he was of age, he started to go to gun ranges so he could learn how to use guns.

The Alan I know is a caring and loving person who was starting to build a life for him and his girlfriend. Unfortunately, Alan witnessed the tragedy of his best friend dying in a car accident. From there, Alan started to act different and became more anxious, depressed, and started to develop panic attacks. As he was starting to get better, he found a job working for Facebook as a contractor which he really enjoyed. That is when the COVID-19 pandemic started and Alan started to work from home. I think being isolated from his normal routine and socialization really hurt him along with his alcoholism. A doctor recommended that Alan have an animal as emotional support and soon after, we brought our husky Wisky into the family. This was Alan's first time caring for someone other than his family and became very responsible as he started to consider Wisky as his own son. Alan being nurturing and responsible towards Wisky is for me where the real Alan shines through.

There are so many things I can say and write but my ultimate message is that I support my son and am dedicated to helping him overcome the challenges he is currently facing. I truly feel like Alan can and will change especially now that he has learned what is feels like to be incarcerated. I really appreciate you taking the time to read my letter.


Thank you,


Sonia Camacho

Your Honor:

I am writing this letter in support of my nephew, Alan Camacho. I do understand that he committed and plead guilty to a serious crime but also hope that you are able to keep in mind the good qualities that Alan possesses.

The Alan I know and love is bright, kind, and outgoing. My daughters and Alan grew up together and therefore consider him more like a brother than a cousin. After my youngest daughter passed away in a car accident, Alan would constantly visit and check in on me. This is a prime example of Alan's kindness and one that I am grateful for.

In the recent years, Alan has faced many problems but I commend him for still trying his best to overcome these problems. Ultimately, I hope Alan is able to receive the help he needs as his loved ones including myself will be cheering and wishing him success. I appreciate you taking the time to read this letter. Thank you so much.

Sincerely,

Adela L. Davila

Your Honor:

I am writing in support of my family member, Alan Camacho. I recognize that Mr. Camacho pleaded guilty to a firearms crime, despite his plead I will continue to support him and would like to emphasize the virtues he carries.

Alan is one of the few cousins that I've been fortunate to grow up with. As a child Alan Camacho's mother, my godmother would take care of me. I got to spend a large portion with him growing up. Although Alan is just two years older than me, the age difference allowed me to learn from him. He is like an older brother for me. I am the oldest in my immediate family and I lacked guidance on how to take ownership of the different responsibilities that were expected of me. I constantly referred back to how Alan handled situations and would follow his lead.

Alan is a young man who demonstrates caringness for his family members and is very protective of them. Whenever we would go to the park or playground as kids, he always kept an eye out for his two sisters and me. He always considered the feelings of others before making any decision. I remember him constantly checking in with others around him to see if anything was needed.

Alan is one of the eldest cousins in our family. He carried the pressure of always making the best decision. Although it sometimes seemed like he knew how to handle conflict and challenges I began to notice how there was insecurity about certain decisions he would make. He constantly portrayed a strong demeanor. This pressure is widespread in Latino households. The need to protect and provide was something instilled within his persona. All he knows is how to make his family happy and safe with the best intention at heart.

His caringness is present to this day. Even throughout our teens and adulthood, Alan remains present at our family gatherings. I continue to receive text messages from him from time to time asking how everything is going. I know that Mr. Camacho has committed a crime but your Honor please consider the caring traits and positive relationship he has with his family when imposing his sentence.

Sincerely,
Fanny Camacho

Your Honor,

      I am writing in support of Alan Camacho. I am aware of Alan's legal situation but would like to share my words of support for him. He has been a dear friend of mine since high school. Since then, he has always proved to be a caring person that supports me in my goals. Whether it was playing on a sports team and encouraging me to be better or building more confidence to face adversity in the real world, Alan has proved nothing but being a good, loyal friend and that wasn't only me but for other friends among us.. I remember how much he would study about topics from school or books he read and would formulate a meet-up with friends to share all sorts of knowledge that might benefit us or some advice to consider when it came to money management or personal growth. When any of us ran into personal hardships (such as romantic relationship issues or family matters) and needed to share how we feel, Alan would listen to what we have to say with an open mind and give his best advice on how to cope with these tough life obstacles. At one point, he weekly would have us all meet up and share about how we were feeling throughout the week and share some challenges we could be facing or some goals we have set for ourselves. Ultimately, he wanted to see his friends be the best version of ourselves and he consistently has proven to show his support.
Although he may have committed a crime, there is still to consider that he has many good characteristic traits that shouldn't be overlooked.

Thank you,
Alan's friend Haywad

Your Honor,

      I am writing in support of Alan Camacho who has pleaded guilty to a firearms crime; even so, I would like to share a bit about him and how I believe in his character. Oftentimes when asked about family one is quick to immediately think of the immediate family, those who you share a home with; however, I find myself thinking about those who I trust and believe will be there to see me overcome obstacles. Although the list is unfortunately small, I find that Alan Camacho is one of the few that I have always considered family.

      Despite the 6 year age difference between my cousin Alan and I, he has always spoken to me with respect and love. In truth, this was abnormal as cousins often share a more one-dimensional relationship determined by age, but I found Alan to not see me in this light. One of the earliest memories I have of him is when he asked me about how I was doing in school. Knowing that I was susceptible to being bullied because of my disability, he always offered advice and an ear if I were to ever need it. I never read much into it. It seemed like a basic conversation starter that would break the ice in-between the months we have not caught up. In hindsight, Alan was being himself– a loving family member offering a helping hand in any way he could.

      In a word, my memories with Alan are heartening. As one of the oldest among our family group, he has implicitly been tasked with guiding the younger cousins to become their best selves. When faced with his own hardships, Alan was quick to set them aside to continue making us laugh and smile. I see him as a man that has demonstrated determination and grit when faced with adversity. I remember his warm smile as he curiously shaked the present boxes during secret santa, his relentless love for my mothers chocolate pudding, the countless hours we spent playing together, and his respect towards those around him.

      While I can't confidently say that I know everything Alan has endured, I can attest to the fact that he has learned and grown in character from every obstacle put in his way. After the passing of his best friend, Alan was there to comfort his family and speak at his funeral. He was a reliable source of support to a grieving family despite experiencing grief himself. During this period of distress, he never stopped speaking to me or anyone with the same respect and willingness to help.

      I am aware that Alan has made mistakes. I believe being human isn't characterized by the ability to make mistakes; however, I believe humanity is defined by the willingness to teach and learn. Let this letter serve as proof that I learned from Alan Camacho. His lifestyle and energy has taught me to spread joy to those around me even in moments of struggle. He was a teacher by example that taught me compassion, empathy, and to offer aid to all. My only regret is that I failed to offer my own hand to him sooner. Our relationship has demonstrated that his actions were only a misstep in an otherwise positive lifestyle, and it is for that reason that I count on him to once again take responsibility and improve.

David Camacho

# EXHIBIT C

**EXHIBITS IN SUPPORT OF ALAN CAMACHO'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE; MOTION TO STRIKE EXHIBIT 3 TO GOVERNMENT SENTENCING MEMORANDUM**

| Brian Peddle<br>General | William Booth<br>Founder | Douglas Riley, Commissioner<br>Territorial Commander |
|---|---|---|



# THE SALVATION ARMY
*Founded in 1865*

| Ron McKinney, Captain<br>Administrator for Business | Henry Graciani, Major<br>Adult Rehabilitation Center Commander | Roberta McKinney, Captain<br>Administrator for Program |
|---|---|---|

January 3, 2023

RE: Alan Camacho
DOB:
SSN:

Mr. Camacho's application for the San Jose Salvation Army Adult Rehabilitation Center has been approved. Please note that in addition to successful drug and alcohol screening results, he must complete a successful in-person interview at intake before being admitted. Mr. Camacho will be required to make <u>NO LESS</u> than a <u>SIX-MONTH commitment</u> to our program. **He will be on restriction for the first 30 days and may not leave The Salvation Army campus (including any court appearances), receive visitors or use the phone during this period.** However, he may write and receive letters during this time.

While in our program, Mr. Camacho will be expected to take part in all aspects of our program, which will include the following: weekly attendance at group and individual counseling, 24 weeks of Chemical Dependency Class, 14 weeks of Life Skills/Re-Entry Class, 12 weeks of Relapse Prevention Class, a 10 week Anger Management Class, a 10 week Discipleship Class, twice-weekly chapel services, a weekly Bible Study Class and a minimum of five 12-Step meetings per week. Mr. Camacho will also be required to obtain a sponsor and work the first 5 steps with his sponsor. In addition, each member of our program assumes a full-time work therapy position within our organization but receives **no income** and must submit to random drug/alcohol testing regularly.

Mr. Camacho will need to call prior to arrival to confirm a bed is available. If a bed is available, he will need arrive prior to 11:00 a.m., as the intake process is lengthy and must be initiated by that time. Until further notice, intakes cannot be done on Wednesdays. <u>He will also need a 30 day supply of any acceptable medications (non narcotic) he may be taking. He will not be admitted to the program without a 30 day supply.</u>

We look forward to working with Mr. Camacho and supporting his recovery. If I can be of further service or furnish additional information about our program, please contact me at 408-298-7600,

Sincerely,

Mark Senegal
Intake Coordinator

San Jose Adult Rehabilitation Center
702 W. Taylor Street
San Jose, California 95126
Telephone Number: 408-298-7600