IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAND CAMACHO,<br><br>        Defendant. | Case No.:  CR 22–083 JSW<br><br>[PROPOSED] **ORDER FILING PSYCHOLOGICAL EVALUATION OF DR SCOTT LINES, EXHIBIT A TO DECLARATION OF AFPD JEROME MATTHEWS, UNDER SEAL** AND ORDERING DEFENDANT TO FILE MOTION TO SEAL IN PUBLIC RECORD |

    Good cause appearing therefor,

    The Court GRANTS the application of defendant Alan Camacho to file the evaluation of Dr Scott Lines, attached as Exhibit A to the Declaration of AFPD Jerome Matthews, under seal, and IT IS HEREBY ORDERED that Exhibit A to the Declaration of AFPD Jerome Matthews be filed under seal.  Because the application to seal does not contain any confidential information, Defendant shall file that application in the public record.

    IT IS SO ORDERED

January 5, 2023
       Dated

                          HON. JEFFREY S. WHITE
                          United States District Judge