**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**<u>CRIMINAL MINUTE ORDER</u>**

**Date:  January 10, 2023**                 **Time in Court:  56 minutes**

**Judge:  Jeffrey S. White**

**Case No.:  CR-22-83-JSW**
**United States of America   v.   Danny Jacob Green, Jr.**
                                               **Defendant**
                                               **Present (X) Not Present (  ) In-Custody (X)**

          **Kyle Waldinger**                          **Jerome Matthews**
          **U.S. Attorney**                            **Defense Counsel**

**Deputy Clerk: Kelly Collins**
**USPO: Brian Casai**                      **Court Reporter:  Raynee Mercado**

**<u>PROCEEDINGS</u>**

**REASON FOR HEARING:   Plea and Sentence**

**RESULT OF HEARING:**   Change of Plea and Sentencing-HELD.   The Defendant is sworn. The Court voir dired the Defendant re: Change of Plea. The Defendant pled guilty to Counts one and two of the Indictment in violation of 18 U.S.C. § 922(o). The Court accepted the plea of guilty.

Defendant committed to custody of BOP for a term of time served on each count one and two to run concurrent; 3 years supervised release on each count one and two to run concurrent; $200 special assessment; fine waived.