JODI LINKER
Federal Public Defender
Northern District of California
JEROME MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Jerome_Matthews@fd.org

Counsel for Defendant CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN CAMACHO,<br><br>Defendant. | Case No.: CR 22–083 JSW<br><br>**[PROPOSED] RELEASE ORDER**<br><br>Court: Courtroom 5, 2nd Floor |

Good cause appearing therefor,

IT IS ORDERED that the U.S. Marshals release defendant Alan Camacho from custody on Wednesday, January 11, 2023, no later than 12:00 p.m. (noon). Mr Camacho shall report to the United States Probation Office in Oakland, California, on Thursday, January 12, 2023, at 11 a.m. to determine and arrange placement in an inpatient residential substance abuse treatment program for a period of six months, as directed by the probation officer.

Dated: January 10, 2023

_____
HON. JEFFREY S. WHITE
United States District Judge