UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>              Plaintiff, )<br><br>      v. )<br><br>ALAN RENE CAMACHO, )<br><br>              Defendant. ) | Case No.  CR 22-0083 JSW<br><br>[PROPOSED] **PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States, and the plea agreement entered on January 10, 2023, wherein the defendant Alan Rene Camacho agreed to forfeiture, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853:

- One Glock-style pistol that had been modified to fire in full automatic mode through the addition of an auto sear, seized on or about February 17, 2022; and

- Two auto sears, seized on or about February 17, 2022.

1    IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize

2  the forfeited property forthwith and publish for at least thirty days on the government website

3  www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in

4  such manner as the Attorney General may direct, and notice that any person, other than the defendant,

5  having or claiming a legal interest in the property must file a petition with the Court and serve a copy on

6  government counsel within thirty (30) days of the final publication of notice or of receipt of actual

7  notice, whichever is earlier;

8    IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify,

9  locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal

10  Rules of Criminal Procedure;

11    IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary

12  Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure

13  32.2(e).

14    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal

15  Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of

16  sentencing and shall be made part of the sentence and included in the judgment.

17

18    IT IS SO ORDERED this __12th__ day of January, 2023.

19

20  _____

21  HON. JEFFREY S. WHITE
    United States District Judge

22

23

24

25

26

27

28

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 22-0083 JSW                                                                                    2