UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR 22-0083 JSW |
| Plaintiff, | ) ) ) | [PROPOSED] **FINAL ORDER OF FORFEITURE** |
| v. | ) ) | |
| ALAN RENE CAMACHO, | ) ) | |
| Defendant. | ) ) | |

On January 12, 2023, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Alan Rene Camacho, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and Title 21, United States Code, Section 853:

- One Glock-style pistol that had been modified to fire in full automatic mode through the addition of an auto sear, seized on or about February 17, 2022; and
- Two auto sears, seized on or about February 17, 2022.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions claiming the property have been filed.

**THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States pursuant Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and Title 21, United States Code, Section 853, and that all rights, title, and interest in the property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this  24th   day of March, 2023.

_____
HON. JEFFREY S. WHITE
United States District Judge