# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

### Report on Person Under Supervision

**Person Under Supervision**
Alan Rene Camacho

**Docket Number**
0971 4:22CR00083-001 JSW

**Name of Sentencing Judge:**   The Honorable Jeffrey S. White
Senior United States District Judge

**Date of Original Sentence:**   January 10, 2023

**Original Offense**
Count One: Possession of a Machinegun, 18 U.S.C. § 922(o), a Class C Felony,
Count Two: Possession of Machineguns, 18 U.S.C. § 922(o), a Class C Felony.

**Original Sentence:** Time served, three years supervised release
**Special Conditions:**  $200 special assessment; DNA collection; residential drug treatment up to 180 days; mental health treatment; expanded search; drug treatment and testing; no alcohol.

**Prior Form(s) 12:** None.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Kyle Waldinger

**Date Supervision Commenced**
January 10, 2023
**Defense Counsel**
Unassigned AFPD

### Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated special condition number seven that he abstain from the use of all alcoholic beverages. |
| | On June 26, 2023, a Fremont Police Officer was conducting a routine patrol check in the area of Thornton Avenue and Moraine Streets and came in contact with the client, who was asleep in his vehicle in front of Midnight Liquors in Fremont, California.   The officer noticed |

RE:   Camacho, Alan Rene  2
      0971 4:22CR00083-001 JSW

numerous open containers of alcohol and the client had signs of being intoxicated. Due to the client's level of intoxication, he was transported to Washington Hospital for detoxification. The client was not arrested and no charges were filed in this matter.

Evidence to support this charge is Fremont Police Department incident report #230627001.

**Action Taken and Reason**

Mr. Camacho commenced supervision on January 10, 2023, and subsequently entered Salvation Army residential treatment program. He completed five months at the program and requested to move to Cronin House residential dual-diagnosis treatment program, as he did not feel that the Salvation Army was meeting his mental health needs. Mr. Camacho left the Salvation Army on June 17, 2023. He had contact with Fremont Police on June 26, 2023, and subsequently entered Cronin House residential treatment program on June 27, 2023, where he currently remains. This officer met with the client and his therapist at Cronin House on July 14, 2023. The client is aware that he needs to complete a minimum of thirty days at the program and has been encouraged to complete ninety days at the program and then transfer to a sober living environment. It is respectfully recommended that the Court take judicial notice of the violation conduct.

Respectfully submitted,                          Reviewed by:

_/s/ Nicole M. Brown_____              _/s/ Jennifer J. James_____
Nicole M. Brown                                  Jennifer J. James
Supervisory U.S. Probation Officer               Deputy Chief U.S. Probation Officer
Date Signed: August 17, 2023

**RE:** Camacho, Alan Rene  3
0971 4:22CR00083-001 JSW

---

THE COURT ORDERS:

[X] The Court concurs and takes judicial notice
[ ] Submit a request to modify supervision
[ ] Submit a request for a warrant
[ ] Submit a request for summons
[ ] Other:

_August 17, 2023_  _____
Date                              Jeffrey S. White
                                  Senior United States District Judge