UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>RADARIS, LLC, et al.,<br><br>        Defendants. | Case No. 14-cv-04735-VC<br><br>**ORDER SETTING HEARING ON EMERGENCY MOTION FOR RELIEF FROM DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 54 |

      Plaintiff and movants Accuracy Consulting Ltd. and Bitseller Expert Limited are ordered to appear for a hearing on movants' emergency motion for relief from default judgment on Thursday, April 5, 2018 at 10:00 a.m.  Client representatives from Accuracy and Bitseller are ordered to attend the hearing.  Appearance at this hearing will not waive any jurisdictional objections movants may have.

      **IT IS SO ORDERED.**

Dated: March 20, 2018

_____
VINCE CHHABRIA
United States District Judge