UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, et al.,<br><br>       Plaintiffs,<br><br>      v.<br><br>RADARIS, LLC, et al.,<br><br>       Defendants. | Case No. 14-cv-04735-VC<br><br>**ORDER GRANTING ACCURACY CONSULTING LTD. AND BITSELLER EXPERT LIMITED'S MOTION TO CONTINUE HEARING**<br><br>Re: Dkt. No. 61 |

      The motion to continue the upcoming hearing filed by Accuracy Consulting Ltd. and Bitseller Expert Limited is granted. The hearing on Accuracy and Bitseller's motion will take place on May 3, 2018 at 10:00 a.m.

      Mr. Lobashevskyi may appear telephonically. Movants' counsel should provide a conference line and access code to vccrd@cand.uscourts.gov, copying plaintiffs' counsel, so that Mr. Lobashevskyi can be dialed into the courtroom during the hearing.

      **IT IS SO ORDERED.**

Dated: April 3, 2018

                                                        VINCE CHHABRIA
                                                        United States District Judge