ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
anthony@counselonegroup.com
ALEXANDRIA R. KACHADOORIAN, Cal. Bar. No. 240601
alexandria@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiffs JOHN HUEBNER and IRMIN LANGTON,
on behalf of themselves and others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER and IRMIN LANGTON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RADARIS, LLC, a Massachusetts limited liability company; RADARIS AMERICA, INC., a Delaware corporation; and EDGAR LOPIN, an individual,<br><br>Defendants. | Case No. 3:14-cv-04735-VC<br><br>[Assigned to the Honorable Vince Chhabria]<br><br>**PLAINTIFFS' STATUS REPORT RE ENFORCEMENT OF JUDGMENT** |

Plaintiffs John Huebner and Irmin Langton (together, "Plaintiffs") respectfully submit this status report pursuant to the Court's Order Granting Motion for Default Judgment on June 19, 2017. [Dkt. Nos. 52, 53.]

Over the last year Plaintiffs actively sought to enforce the injunctive relief provisions under Section II.5 of the Court's order, namely, effecting the transfer of the Subject Domain Names to Plaintiffs for the benefit of the class. Plaintiffs did so by contacting the registrars for each of the Subject Domain Names (including radaris.com, radaris.net, radaris.us, radaris.biz, radaris.info, radaris.org, and trustoria.com), apprising them of the Court's order, and requesting transfer. One registrar, EuroDNS, which was the registrar of record for the primary domain name radaris.com as well as radaris.biz, refused to comply with the Court's order. Thereafter class counsel requested Verisign, Inc. and Neustar, Inc., both U.S. companies that are the official operators of the .com and .biz top-level domain (TLD) registries, to change the registrars of record from EuroDNS to GoDaddy, Inc., another U.S. company. Verisign and Neustar complied with the Court's order and changed the registrars or record for radaris.com and radaris.biz to GoDaddy, which thereafter changed the registrants of each of these domain names to Plaintiffs. Pursuant to the Court's Order, Plaintiffs instituted a domain name redirection to http://radarisclassaction.com, whereon copies of relevant documents related to this action were displayed.

On March 1, 2018, non-parties Accuracy Consulting Ltd. ("Accuracy") and Bitseller Expert Ltd. ("Bitseller") moved for relief from the default judgment, *see* Dkt. No. 54, which the Court granted on May 4, 2018 ("May 4, 2018 Order"). Dkt. No. 63. Pursuant to the Court's May 4, 2018 Order Plaintiffs transferred the Subject Domain Names to Accuracy.

Pursuant to Section II.5.b of the Court's Order, Plaintiffs also sent correspondence to Amazon Web Services, Inc. ("Amazon"), which upon information and belief was and is the website hosting, website optimization, website service provider, or cloud-computing services provider for the Subject Domain Names, and requested that Amazon should cease housing and delete all databases underlying the Subject Domain Names or used by the Subject Domain Names, except to the extent those databases reflected internal data belonging to the web service or cloud-computing service itself. However, following the Court's May 4, 2018 Order granting relief from the default

judgment, Amazon indicated that it would not comply with the Court's order.

Pursuant to the Court's May 4, 2018 Order, Plaintiffs are contemplating instituting a new action against Accuracy, Bitseller, and other parties, but believe that this action may be administratively closed.

Respectfully submitted,

DATED: June 7, 2018           COUNSELONE, PC

By     */s/ Justin Kachadoorian*
    Anthony J. Orshansky
    Alexandria Kachadoorian
    Justin Kachadoorian
    Attorneys for Plaintiffs and the Class